IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| THOMAS E. GRIDDINE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:17-cv-02138-JAR-GLR |
| | ) | |
| GPI KS-SB, INC., d/b/a Baron BMW | ) | |
| and GROUP 1 AUTOMOTIVE, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO EXTEND DISCOVERY DEADLINE

Defendants GPI KS-SB, Inc. d/b/a Baron BMW and Group 1 Automotive, Inc. (collectively, "Defendants") and Plaintiff Thomas Griddine ("Plaintiff") hereby jointly move that the Court extend the discovery deadline contained in the January 24, 2018 Scheduling Order [Doc. 15] from June 29, 2018 to July 13, 2018 for the limited purpose of taking two depositions.  In support of their motion, the parties state as follows:

1. The current deadline for the completion of all discovery in this matter is June 29, 2018.  This deadline was set by the Court as part of the Scheduling Order, which was entered on January 24, 2018 [Doc. 15]

2. This is the first request for an extension of the discovery deadline set forth in the Court's Scheduling Order.

3. The parties both have been engaged in discovery.  The parties have each issued and responded to written discovery and produced documents.  Defendant deposed Plaintiff on April 23, 2018, but was not able to complete the deposition and needs to take the second portion of his deposition.  Plaintiff's continued deposition is scheduled for July 13, 2018.  Plaintiff intends to

take the deposition of Plaintiff's former manager, which is currently scheduled for July 12, 2018. Due to the schedules of the parties and witnesses, the depositions could not be completed by June 29, 2018. Extending the discovery deadline to July 13, 2018 will allow the parties to complete discovery in this matter.

4.     The parties do not make this request for the purpose of delay. The parties do not seek any modification to any other dates in this case. Granting the extension will not prejudice any party to this action.

WHEREFORE, Plaintiff and Defendants respectfully request that this Court extend the current discovery deadline to July 13, 2018.

Dated this 5th day of July, 2018.

Respectfully submitted,

| | |
|---|---|
| */s/ Theodore J. Lickteig* | */s/ Samantha J. Monsees* |
| Theodore J. Lickteig   KS No.  12977 | J. Randall Coffey        D. Kan. No. 70141 |
| Law Offices of Theodore J. Lickteig | Samantha J. Monsees    KS No. 25936 |
| 12760 West 87th Street, Suite 112 | FISHER & PHILLIPS LLP |
| Lenexa, KS 66215 | 4900 Main Street, Suite 650 |
| TEL:  (913) 894-1090 | Kansas City, MO 64112 |
| Email:  tjllawoffice@planetkc.com | TEL:  (816) 842-8770 |
| ATTORNEY FOR PLAINTIFF | FAX:  (816) 842-8767 |
| THOMAS E. GRIDDINE | Email:  rcoffey@fisherphillips.com |
| | Email:  smonsees@fisherphillips.com |
| ATTORNEY FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
| | GPI KS-SB, Inc. d/b/a Baron BMW |
| | and Group 1 Automotive |

<u>CERTIFICATE OF SERVICE</u>

I certify that on this 5th day of July, 2018, a true and correct copy of the above and foregoing document was filed using the Court's CM/ECF system, which will automatically send notice of filing to the following:

>Theodore J. Lickteig
>Law Offices of Theodore J. Lickteig
>12760 West 87th Street, Suite 112
>Lenexa, KS 66215
>TEL: (913) 894-1090
>Email: tjllawoffice@planetkc.com
>ATTORNEY FOR PLAINTIFF
>THOMAS E. GRIDDINE

            /s/ *Samantha J. Monsees*
            Attorney for Defendant